IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) ) | NUMBER 3:11-cv-123-TCB |
| FAYETTE COUNTY BOARD OF COMMISSIONERS, et al., | ) ) ) | |
| Defendants. | ) | |

## **F I N A L   J U D G M E N T**

The County Defendants and School Board Defendants are

ENJOINED from qualifying candidates and conducting elections under the

unlawful plans.

The Court-created redistricting plan for the election of Fayette County

Board of Commissioners and Board of Education members (attached as

Exhibit A of the February 18, 2014 order [179]) is ADOPTED as the interim

remedial plan for all future Fayette County BOC and BOE elections and

shall remain in effect until the General Assembly of Georgia enacts applicable local legislation.

Those members of the Board of Commissioners of Fayette County who are serving as such on February 17, 2014, and any person selected to fill a vacancy in any such office shall continue to serve as such members until the regular expiration of their respective terms of office and upon the election and qualification of their respective successors.  Commissioner Post 1 shall be designated as District 4, Commissioner Post 2 shall be designated as District 1, Commissioner Post 3 shall be designated as District 2, Commissioner Post 4 shall be designated as District 3, and Commissioner Post 5 shall be designated as District 5, as those districts are newly described under this Court's order of February 18, 2014 [179], and, on and after February 18, 2014, any members of the board serving from those former commissioner posts shall be deemed to be serving from and representing the districts as newly described herein.

For purposes of electing members of the board of commissioners, Fayette County is divided into five commissioner districts.  One member of the board shall be elected from each such district.  The five commissioner districts shall be and correspond to those five numbered districts described

in and attached to and made a part of this Court's order of February 18, 2014 [179] and further identified as "Plan: FayetteCCSB-FedCt-2014 Plan Type: Local Administrator: FedCt User: Gina."

Those members of the Board of Education of Fayette County who are serving as such on February 17, 2014, and any person selected to fill a vacancy in any such office shall continue to serve as such members until the regular expiration of their respective terms of office and upon the election and qualification of their respective successors.  Board of Education Posts 1, 2, 3, 4, and 5, as they existed on February 17, 2014, shall be designated as Board of Education Districts 1, 2, 3, 4, and 5, respectively, but newly described under this Court's order of February 18, 2014 [179], and on and after February 18, 2014, any members of the board serving from those former Board of Education posts shall be deemed to be serving from and representing the districts as newly described herein.

For purposes of electing members of the board of education, Fayette County is divided into five board of education districts.  One member of the board shall be elected from each such district.  The five board of education districts shall be and correspond to those five numbered districts described in and attached to and made a part of this Court's order of February 18,

3

2014 [179] and further identified as "Plan: FayetteCCSBFedCt- 2014 Plan Type: Local Administrator: FedCt User: Gina."

When used in such attachment, the term "VTD" (voting tabulation district) shall mean and describe the same geographical boundaries as provided in the report of the Bureau of the Census for the United States decennial census of 2010 for the State of Georgia.

The separate numeric designations in a district description which are underneath a VTD heading shall mean and describe individual Blocks within a VTD as provided in the report of the Bureau of the Census for the United States decennial census of 2010 for the State of Georgia.  Any part of Fayette County which is not included in any such district described in that attachment shall be included within that district contiguous to such part which contains the least population according to the United States decennial census of 2010 for the State of Georgia.

Any part of Fayette County which is described in that attachment as being in a particular district shall nevertheless not be included within such district if such part is not contiguous to such district.  Such noncontiguous part shall instead be included within that district contiguous to such part

which contains the least population according to the United States decennial census of 2010 for the State of Georgia.

Except as otherwise provided in the description of any commissioner or board of education district, whenever the description of such district refers to a named city, it shall mean the geographical boundaries of that city as shown on the census map for the United States decennial census of 2010 for the State of Georgia.

The County Defendants and School Board Defendants shall implement the remedial plan promptly and consistently with the Constitution and laws of the United States and the Constitution and laws of the State of Georgia.

Except as modified by the remedial plan or this Order, all applicable federal, state and local election-related laws remain in effect.

Plaintiffs and Defendants shall pay Ms. Gina Wright's bill of services, which is attached as Exhibit A of the Court's February 19, 2014 order [180]. That is, each side shall pay $937.50 on or before March 19, 2014, in the manner required by the February 19 order.

IT IS SO ORDERED this 13th day of March, 2014.

Timothy C. Batten, Sr.
United States District Judge