IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>FAYETTE COUNTY BOARD OF COMMISSIONERS; *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>)<br>) NO: 3:11-cv-123-TCB<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONSENT ORDER**

This Court entered a Consent Order on January 28, 2016 [Doc. 289] that sets forth the terms by which Plaintiffs and the Fayette County Board of Education Defendants have settled all claims and issues between those parties. The Board of Education has completed the actions required of it pursuant to that Order [Doc. 289, p. 7, ¶ J], and Plaintiffs' claims against the Board of Education Defendants should now be dismissed. It is therefore

ORDERED, ADJUDGED AND DECREED that all claims against Defendants Fayette County Board of Education and its members Marion Key, Dan Colwell, Diane Basham, Barry Marchman, and Leonard Presberg, are hereby dismissed with prejudice, and it is further ORDERED that Defendants Fayette

County Board of Education and its members Marion Key, Dan Colwell, Diane Basham, Barry Marchman, and Leonard Presberg are hereby dropped as parties from this action. This Order does not affect Plaintiffs' pending claims against any other Defendants.

SO ORDERED this 11th day of February, 2016.

HONORABLE TIMOTHY C. BATTEN
Judge, United States District Court

Consented to:

_/s/ Leah C. Aden_
Leah C. Aden*
laden@naacpldf.org
Natasha Korgaonkar*
nkorgaonkar@naacpldf.org
Christopher Kemmitt*
ckemmitt@naacpldf.org
Deuel Ross*
dross@naacpldf.org
Victorien Wu*
vwu@naacpldf.org
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
*Admitted Pro Hac Vice

Neil T. Bradley
Georgia Bar No. 075125
neil.bradley.ga@gmail.com
Law Office of Neil Bradley
3276 Wynn Drive
Avondale Estates, Georgia 30002
(404) 298-5052

*Attorneys for Plaintiffs*


   */s/ David F. Walbert*
David F. Walbert
Georgia Bar No. 730450
dwalbert@pcwlawfirm.com
J. Matthew Maguire
Georgia Bar No. 372670
mmaguire@pcwlawfirm.com
David A. Weisz
Georgia Bar No. 134527
dweisz@pcwlawfirm.com
PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, Georgia 30309
(404) 873-8000/(404) 873-8050 (facsimile)

*Attorneys for Defendants Fayette County Board of Education and its members Marion Key, Dan Colwell, Diane Basham, Barry Marchman, and Leonard Presberg*