**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FAYETTE COUNTY BOARD OF COMMISSIONERS, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 3:11-CV-00123-TCB |

**PLAINTIFFS' CONSENT MOTION TO DISMISS CASE WITH
<u>PREJUDICE AGAINST COUNTY DEFENDANTS</u>**

Plaintiffs—the Georgia State Conference of the NAACP, Fayette County Branch of the NAACP, Henry Adams, Terence Clark, Alice Jones, John E. Jones, Daniel ("Dan") L. Lowry, Ali Abdur-Rahman, Aisha Abdur-Rahman, Lelia Richardson, Elverta Williams, and Bonnie Lee Wright—respectfully move the Court for entry of an order dismissing their claims in this action against County Defendants—the Fayette County Board of Commissioners; Commissioners David Barlow, Steve Brown, Charles Oddo, Randy Ognio, and Charles Rousseau, all in their official capacities; the Fayette County Board of Elections and Voter Registration; and Tom Sawyer, in his official capacity as Elections Supervisor for

the Fayette County Board of Elections and Voter Registration.[1] The grounds of this Motion are as follows:

1.

Plaintiffs filed the instant litigation against County Defendants on August 9, 2011, alleging that the method of election for members of the Fayette County Board of Commissioners violated Section 2 of the Voting Rights Act, which County Defendants disputed.

2.

Plaintiffs and County Defendants agreed to settle all claims and issues between those parties after extensive discussions and a Court-ordered mediation that took place on October 21, 2015 and continued on October 30, 2015.

3.

In accordance with the settlement agreement between Plaintiffs and County Defendants, (1) County Defendants submitted to the Fayette County delegation to the Georgia General Assembly for introduction as local legislation in the 2016 General Assembly the agreed-upon Fayette County Commission redistricting plan,

---

[1] This Court already has dismissed Plaintiffs' claims against the other former defendants to this action, who were the Fayette County Board of Education ("BOE") (under Georgia Law, the Fayette County School District) and its individual members in their official capacities (collectively "Board of Education Defendants"). Doc. 289.

- 3 -

(2) the State of Georgia has enacted into law that redistricting plan (*see* Act 314 (2016)), (3) County Defendants have paid to Plaintiffs' counsel the agreed-upon sum of $125,000.00 for the attorneys' fees, expenses, and costs incurred by Plaintiffs in this litigation, and (4) Plaintiffs have delivered original, executed individual releases from any and all claims that were or could have been brought by Plaintiffs against County Defendants through the date of the release to counsel for County Defendants.

4.

Pursuant to the terms of the settlement agreement, Plaintiffs now seek to dismiss with prejudice their claims against County Defendants.

5.

County Defendants, the only remaining Defendants in this action, consent to the relief sought by this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the accompanying Consent Order, dismissing with prejudice Plaintiffs' claims against County Defendants.

This 2nd day of September, 2016.

RESPECTFULLY SUBMITTED:

/s/ Leah C. Aden
Leah C. Aden*
laden@naacpldf.org

- 4 -

        Natasha Korgaonkar*
        nkorgaonkar@naacpldf.org
        Christopher Kemmitt*
        ckemmitt@naacpldf.org
        Deuel Ross*
        dross@naacpldf.org
        Victorien Wu*
        vwu@naacpldf.org

        NAACP Legal Defense and
        Educational Fund, Inc.
        40 Rector Street, 5th Floor
        New York, NY  10006
        (212) 965-2200
        *Admitted Pro Hac Vice

        Neil T. Bradley
        Georgia Bar No. 075125
        neil.bradley.ga@gmail.com
        Law Office of Neil Bradley
        3276 Wynn Drive
        Avondale Estates, Georgia  30002
        (404) 298-5052

        *Attorneys for Plaintiffs*

Consented to:

s/Anne W. Lewis
Anne W. Lewis
Georgia Bar No. 737490
awl@sbllaw.net
Frank B. Strickland
Georgia Bar No. 687600
fbs@sbllaw.net
Barclay S. Hendrix
Georgia Bar No. 917852
barclay.hendrix@sbllaw.com
STRICKLAND BROCKINGTON LEWIS LLP

Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia  30309
678-347-2200 (telephone)
678-347-2210 (facsimile)

*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that I electronically filed the foregoing PLAINTIFFS' CONSENT MOTION TO DISMISS CASE WITH PREJUDICE AGAINST COUNTY DEFENDANTS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to such filing to the following attorneys of record:

Leah C. Aden for Plaintiffs
Neil T. Bradley for Plaintiffs
Barclay S. Hendrix
Christopher Kemmitt for Plaintiffs
Natasha Korgaonkar for Plaintiffs
Anne W. Lewis for County Defendants
Joseph Matthew Maguire, Jr.  for Board of Education Defendants
Deuel Ross for Plaintiffs
Frank B. Strickland for County Defendants
David F. Walbert for Board of Education Defendants
David Weisz for Board of Education Defendants
Victorien Wu for Plaintiffs

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 2nd day of September, 2016.

*/s/ Leah C. Aden*
LEAH C. ADEN

NAACP LEGAL DEFENSE
  & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
(212) 229-7592 (fax)

*Attorney for Plaintiffs*