IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

GEORGIA STATE CONFERENCE OF THE
NAACP, *et al.*,

                        Plaintiffs,

v.

FAYETTE   COUNTY   BOARD   OF
COMMISSIONERS, *et al.*,

                        Defendants.

CIVIL ACTION NO. 3:11-
CV-00123-TCB

## CONSENT ORDER DISMISSING CASE WITH PREJUDICE

This case is before the Court on Plaintiffs'[1] Consent Motion to Dismiss Case

with Prejudice as against the Fayette County Board of Commissioners;

Commissioners David Barlow, Steve Brown, Charles Oddo, Randy Ognio, and

Charles Rousseau, all in their official capacities; the Fayette County Board of

Elections and Voter Registration; and Tom Sawyer, in his official capacity as

Elections Supervisor for the Fayette County Board of Elections and Voter

---

[1] Plaintiffs are the Georgia State Conference of the NAACP, Fayette County Branch of the
NAACP, Henry Adams, Terence Clark, Alice Jones, John E. Jones, Daniel ("Dan") L. Lowry, Ali
Abdur-Rahman, Aisha Abdur-Rahman, Lelia Richardson, Elverta Williams, and Bonnie Lee
Wright.

1

Registration (who, along with prior named Commissioner Defendants, are referred to as "County Defendants").[2]

Plaintiffs' Motion is hereby GRANTED. Plaintiffs' claims against County Defendants in this action are hereby DISMISSED WITH PREJUDICE. The Clerk is directed to close this case.

IT IS SO ORDERED this 19th day of  September, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[2] All of the Commissioners, other than Steve Brown, succeeded other named Commissioners and, by operation of law, replaced them as Defendants in this action.